IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SPECIAL ORDER NO. 3-354

Effective August 23, 2024, the cases listed on Exhibit A to this order are transferred to Magistrate Judge Brian McKay and shall henceforth carry the suffix letters "BW." Magistrate Judge McKay shall seek consent of the parties in these cases to conduct all further proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c). If all parties do not consent, Magistrate Judge McKay shall, unless the assigned district judge otherwise orders, exercise all powers permitted by 28 U.S.C. § 636(b).

SO ORDERED.

August 23, 2024

DAVID C. GODBEY
CHIEF JUDGE

Exhibit A

| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE RENÉE H. TOLIVER TO JUDGE MCKAY | |
|---|---|---|
| 1 | 2:24-CV-0142-BK | Hasan v. Commissioner, Social Security Administration |
| 2 | 3:18-CV-1933-N | Lexor Manufacturing LLC v. Luraco Inc, et al. |
| 3 | 3:19-CV-2204-X | Retail Ready Career Center Inc v. United States of America, et al. |
| 4 | 3:19-CV-2218-E | Southwest Airlines Co v. Liberty Insurance Underwriters Inc |
| 5 | 3:19-CV-2281-K | FTC v. Match Group |
| 6 | 3:20-CV-0656-K-BK | Buzz Photo, et al. v. People's Republic of China, et al. |
| 7 | 3:20-CV-2935-N | Carswell v. Hunt County Texas, et al. |
| 8 | 3:20-CV-3718-D | Samurai Global LLC v. Landmark American Insurance Company |
| 9 | 3:21-CV-0116-B | Rainier Arms LLC, et al. v. Bureau of Alcohol Tobacco Firearms and Explosives, et al. |
| 10 | 3:21-CV-0840-E | TNT Quadrangle Partner, LP, et al. v. SRPF B/Quadrangle Property, LLC, et al. |
| 11 | 3:21-CV-1764-D | Vess v. City of Dallas, et al. |
| 12 | 3:21-CV-2429-L | Raskin, et al. v. Dallas Independent School District, et al. |
| 13 | 3:22-CV-0654-N | Salt and Light Energy Equipment LLC v. Origin Bancorp |
| 14 | 3:22-CV-0663-E | United States of America v. All Funds in 199 Bank Accounts Located in India |
| 15 | 3:22-CV-0780-M | State of Texas, et al. v. Biden, et al. |
| 16 | 3:22-CV-0907-S | Hilltop Holdings Inc v. AIG Specialty Insurance Company |
| 17 | 3:22-CV-1185-X | Sentry Insurance A Mutual Company v. Morgan |
| 18 | 3:22-CV-1869-E | Walsh v. Peterson |
| 19 | 3:22-CV-2118-X | Securities and Exchange Commission v. Barton, et al. |
| 20 | 3:22-CV-2272-S | Thomas v. McDonough, et al. |
| 21 | 3:22-CV-2597-K | Pearson, et al. v. Gage |
| 22 | 3:22-CV-2624-B | Iske v. Precision Dynamics International LLC |
| 23 | 3:22-CV-2763-E | Boy Scouts of America v. Touch A Life Foundation Inc |
| 24 | 3:22-MC-0079-X-BK | NLRB v. LM Carpet |
| 25 | 3:23-CV-0037-S | Young v. Baylor Scott & White Health |
| 26 | 3:23-CV-0133-B | Endurance American Insurance Company v. Lloyd's Syndicate 3624 |
| 27 | 3:23-CV-0313-S | G Thomas Air LLC v. Pratt & Whitney Engine Services Inc |
| 28 | 3:23-CV-0342-M | Ariat International Inc v. Khemchand Handicrafts Limited, et al. |
| 29 | 3:23-CV-0464-D | Alford v. Wonderland Montessori Academy LLC |
| 30 | 3:23-CV-0584-G | Lee Jr v. United States |
| 31 | 3:23-CV-0640-D | M Central Residences Condominium Association Inc v. Technology Insurance Company Inc |
| 32 | 3:23-CV-0641-L | Securities and Exchange Commission v. McKnight |
| 33 | 3:23-CV-0811-E | Alawei v. United States Citizenship and Immigration Service |
| 34 | 3:23-CV-0881-X | GS Holistic LCC v. Sri Manakamana Inc |
| 35 | 3:23-CV-0910-B | Brandon Architects Inc v. Olerio Home LLC |
| 36 | 3:23-CV-0954-X | Lopez v. US Immigration and Customs Enforcement, et al. |
| 37 | 3:23-CV-0965-X | Wilcox v. Equifax Information Services LLC |
| 38 | 3:23-CV-1171-K | Modern Vascular of Southaven LLC, et al. v. Qlarant Integrity Solutions LLC |
| 39 | 3:23-CV-1198-G | White v. American Economy Insurance Company |
| 40 | 3:23-CV-1351-X | S2 Brothers LLC v. AmGuard Insurance Company |
| 41 | 3:23-CV-1399-G | Dill v. Experian Information Solutions Inc |

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE RENÉE H. TOLIVER TO JUDGE MCKAY |
|---|---|---|
| 42 | 3:23-CV-1457-S | Denison Glass & Mirror Inc v. EFCO LLC |
| 43 | 3:23-CV-1559-B | Fitton v. Pinnacle Propane LLC |
| 44 | 3:23-CV-1574-E | Johnson, et al. v. Dallas County Hospital District, et al. |
| 45 | 3:23-CV-1583-E | Hernandez v. Brown |
| 46 | 3:23-CV-1663-D-BK | Hill v. Norman, et al. |
| 47 | 3:23-CV-1698-L-BK | Jaffari v. Garland, et al. |
| 48 | 3:23-CV-1772-B | Ullman v. OBM Miami |
| 49 | 3:23-CV-1915-B-BK | Pinson v. Dallas Cnty. Sherriff's Office, et al. |
| 50 | 3:23-CV-1918-N | Martinez v. Kroger |
| 51 | 3:23-CV-1945-D-BK | Thornton v. Dallas County d/b/a Dallas County District Attorney's Office, et al. |
| 52 | 3:23-CV-2088-L-BK | Gordon v. Kellam |
| 53 | 3:23-CV-2090-N-BK | Tyson v. Commissioner of Social Security |
| 54 | 3:23-CV-2094-N-BK | Humble v. Enge, et al. |
| 55 | 3:23-CV-2112-D | King v. SeaHarbor Insurance Agency LLC |
| 56 | 3:23-CV-2162-S | Sealed v. Sealed |
| 57 | 3:23-CV-2195-X-BK | Ashley v. DOL |
| 58 | 3:23-CV-2212-B | Hunter v. Procollect Inc |
| 59 | 3:23-CV-2231-S | 82 Glenwood Avenue LLC v. Schutze, et al. |
| 60 | 3:23-CV-2385-BK | Fernandez v. Social Security Administration |
| 61 | 3:23-CV-2412-D | Beasley v. Castle Credit Co Holdings LLC |
| 62 | 3:23-CV-2438-N-BK | Blanks v. Federal Correctional Institution Seagoville, et al. |
| 63 | 3:23-CV-2493-K-BK | Dickerson v. Conduent Commercial Solutions LLC |
| 64 | 3:23-CV-2656-K-BK | United States of America v. Rehab 4 Work Services LLC, et al. |
| 65 | 3:23-CV-2728-B | Factor Mutual Insurance Company v. Southwest Pumps LLC, et al. |
| 66 | 3:24-CV-0013-B | SW Marine v. Valentine |
| 67 | 3:24-CV-0072-E | Katz v. Gruenberg, et al. |
| 68 | 3:24-CV-0104-E | Tupac v. Asbury Automotive Group Inc, et al. |
| 69 | 3:24-CV-0112-E-BK | Keys v. Connors et al. |
| 70 | 3:24-CV-0113-K-BK | Smith v. Federal Bureau of Prisons, et al. |
| 71 | 3:24-CV-0148-B | Samiappan v. Su |
| 72 | 3:24-CV-0244-N | Sukin v. Experian Information Solutions Inc, et al. |
| 73 | 3:24-CV-0298-G | Liu v. U.S. Department of State, et al. |
| 74 | 3:24-CV-0376-X | Colonna, et al. v. LoanDepot.com LLC |
| 75 | 3:24-CV-0626-S-BK | Alfano v. Allred Unit Mailroom |
| 76 | 3:24-CV-1060-L-BK | Butler v. Lee at al |
| 77 | 3:24-CV-1063-D | Rodriguez v. ALDI Inc |
| 78 | 3:24-CV-1083-K | G&G Closed Circuit Events LLC v. Frida's Tacos LLC, et al. |
| 79 | 3:24-CV-1089-X | Feit Electric Company Inc v. Elong International USA Inc, et al. |
| 80 | 3:24-CV-1117-K | Umoru v. Walmart Stores Texas LLC |
| 81 | 3:24-CV-1149-X-BK | Central States Health and Welfare Fund v. Contreras |
| 82 | 3:24-CV-1151-X | Dallas Food & Beverage LLC, et al. v. United States Small Business Administration, et al. |
| 83 | 3:24-CV-1245-B | Sealed v. Sealed |
| 84 | 3:24-CV-1367-S | Jain, et al. v. Jaddou |
| 85 | 3:24-CV-1416-G-BK | Henderson v. Trump |

Exhibit A

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE RENÉE H. TOLIVER TO JUDGE MCKAY |
|---|---|---|
| 86 | 3:24-CV-1422-S | Kearney v. Equifax Information Services LLC |
| 87 | 3:24-CV-1551-B | Zachary v. Environmental Protection Agency |
| 88 | 3:24-CV-1587-S-BK | Henderson v. Trump |
| 89 | 3:24-CV-1621-G | Hamilton v. Walmart Inc |
| 90 | 3:24-CV-1677-X | EYM Pizza of Georgia LLC, et al. v. Pizza Hut LLC, et al. |
| 91 | 3:24-CV-1705-D | Ogboru v. Allstate Vehicle and Property Insurance Company |
| 92 | 3:24-MC-0017-E | NFinity IP v. Varsity Spirit |
| 93 | 4:24-CV-0592-BK | Johnson v. Commissioner, Social Security Administration |
| 94 | 5:23-CV-0259-BK | Arguello v. Social Security Administration |
| 95 | 5:23-CV-0281-BK | Murphy v. Social Security Administration |

Exhibit A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 1 | 3:16-cv-00764-N | VidStream LLC v. Twitter Inc |
| 2 | 3:17-cv-02713-X | Capio Funding LLC v. Rural/Metro Operating Company LLC et al |
| 3 | 3:19-cv-01067-K | Von Colditz v. Woods et al |
| 4 | 3:20-cv-00045-D | Rodriguez v. Southern Health Partners Inc et al |
| 5 | 3:20-cv-00313-N | Hamilton et al v. Dallas County |
| 6 | 3:20-cv-01358-E | Coleman et al v. Brozen et al |
| 7 | 3:20-cv-03636-K | Blue Yonder Group Inc v. Kinaxis Inc et al |
| 8 | 3:21-cv-01498-B | Halperin et al v. Wills et al |
| 9 | 3:22-cv-00034-X | McClung et al v. Wal-Mart Stores Texas LLC et al |
| 10 | 3:22-cv-00141-N-BN | Bell v. Moore |
| 11 | 3:22-cv-00525-X | Fiberco, Inc. v. Acadia Insurance Company |
| 12 | 3:22-cv-00789-X | Highland Capital Management LP et al v. Highland Capital Management Fund Advisors LP |
| 13 | 3:22-cv-00794-S | Legacy Exploration LLC v. Optimum Energy Partners LLC et al |
| 14 | 3:22-cv-01498-G-BN | Timmons v. Director |
| 15 | 3:22-cv-01581-G-BN | Sharper v. Director, TDCJ-CID |
| 16 | 3:22-cv-01600-G-BN | Matthews v. Director, TDCJ-CID |
| 17 | 3:22-cv-01871-G-BN | Turner v. O'Daniel |
| 18 | 3:22-cv-02062-X | Shuler Drilling Company Inc v. Disiere Partners LLC, et al |
| 19 | 3:22-cv-02312-G-BN | Mornes v. Director, TDCJ-CID |
| 20 | 3:22-cv-02403-N-BN | Carey v. Director, TDCJ-CID |
| 21 | 3:22-cv-02410-G | Castillo v. Walmart Inc et al |
| 22 | 3:22-cv-02589-S-BN | Minze v. Director, TDCJ-CID |
| 23 | 3:22-cv-02600-X | Venzant v. Bigelow Arizona TX-282 LP et al |
| 24 | 3:22-cv-02891-N-BN | Carcamo v. Director, TDCJ-CID |
| 25 | 3:23-cv-00057-K-BN | Turner v. Wellpath Med Co |
| 26 | 3:23-cv-00066-B-BN | Hernandez v. Director, TDCJ-CID |
| 27 | 3:23-cv-00224-B | Trustees of the IBEW-NECA Southwestern Health and Benefit Fund et al v. Rockey Electric Inc |
| 28 | 3:23-cv-00280-K | Mercury Associates Inc v. Primoris Services Corporation |
| 29 | 3:23-cv-00303-N | Paige v. State Farm Lloyds |
| 30 | 3:23-cv-00337-X-BN | Roccaforte v. Transunion |
| 31 | 3:23-cv-00338-N-BN | Roccaforte v. Experian Information Solutions Inc |
| 32 | 3:23-cv-00339-E-BN | Roccaforte v. Equifax Inc |
| 33 | 3:23-cv-00355-X | EDN Global Inc et al v. AT&T Mobility Services LLC et al |
| 34 | 3:23-cv-00391-D | Walker v. Hoffman et al |
| 35 | 3:23-cv-00410-E-BN | Lewis v. Equifax |
| 36 | 3:23-cv-00435-B-BN | Lewis v. Experian |
| 37 | 3:23-cv-00508-N | Doe v. Backpage.com LLC et al |
| 38 | 3:23-cv-00547-K | Bilbo v. Central Transport LLC |
| 39 | 3:23-cv-00568-B | Cunningham v. State Farm Lloyds |
| 40 | 3:23-cv-00574-B | Martin v. Penske Logistics LLC |
| 41 | 3:23-cv-00603-E | Bridging Biosciences LLC v. Esch et al |
| 42 | 3:23-cv-00668-E-BN | Spillman Jr v. Director, TDCJ-CID |
| 43 | 3:23-cv-00706-E | Arka Mesquite Investments LLC et al v. Philadelphia Indemnity Insurance Company |
| 44 | 3:23-cv-00736-M | Powell v. Safeco Insurance Company of Indiana |
| 45 | 3:23-cv-00755-M-BN | Toliver v. Director, TDCJ-CID |
| 46 | 3:23-cv-00772-E-BN | Cloninger v. Director, TDCJ-CID |
| 47 | 3:23-cv-00819-G | White v. Wal-Mart Stores Texas LLC |

Exhibit A

| \# | Case No. | Case Name |
|---|---|---|
| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | |
| 48 | 3:23-cv-00844-M | Bellinger v. CureWave Lasers LLC et al |
| 49 | 3:23-cv-00852-G | New York Inn Inc et al v. Associated Industries Insurance Company Inc |
| 50 | 3:23-cv-00882-L | GS Holistic LLC v. B Over 21 Inc et al |
| 51 | 3:23-cv-00915-B | SMA v. Salesforce et al |
| 52 | 3:23-cv-00948-K | Eder v. City of Burleson |
| 53 | 3:23-cv-00977-S | Brown v. Sam's East Inc |
| 54 | 3:23-cv-01016-D | Johnson v. Epsilon Data Management LLC |
| 55 | 3:23-cv-01018-X | Licht v. Ling et al |
| 56 | 3:23-cv-01024-L | GS Holistic LLC v. OMS Investment LLC et al |
| 57 | 3:23-cv-01039-B | Jone Doe AS v. Salesforce Inc et al |
| 58 | 3:23-cv-01089-N-BN | Rountree v. FedEx Ground Package System Inc |
| 59 | 3:23-cv-01228-G | Garcia v. Fiesta Mart LLC et al |
| 60 | 3:23-cv-01230-B | Horton et al v. Heppner et al |
| 61 | 3:23-cv-01286-E | Warner v. Equifax Information Services LLC et al |
| 62 | 3:23-cv-01301-X | Dheera Limited Company v. Johnson Controls Inc et al |
| 63 | 3:23-cv-01320-N-BN | Silvers v. Director, TDCJ-CID |
| 64 | 3:23-cv-01339-E | Terri E Newkirk IRA v. Kelly et al |
| 65 | 3:23-cv-01345-L | Russell v. Kroger Texas, LP |
| 66 | 3:23-cv-01356-L-BN | Perez v. Specialized Loan Servicing LLC et al |
| 67 | 3:23-cv-01366-N | Husinger v. Smart Start Real estate Corporation |
| 68 | 3:23-cv-01376-X | Harris v. Papa Texas LLC |
| 69 | 3:23-cv-01468-D | Nieves v. Uber Technologies Inc et al |
| 70 | 3:23-cv-01484-L | Red Barn Candle Company LLC v. Bath & Body Works Brand Management Inc |
| 71 | 3:23-cv-01497-L | Rittman v. Amguard Insurance Company |
| 72 | 3:23-cv-01502-G-BN | Cook v. Costco Wholesale Corporation |
| 73 | 3:23-cv-01503-B | Charitable DAF Fund LP et al v. Highland Capital Management LP |
| 74 | 3:23-cv-01517-N | Bahamas Laguna Azure LLC v. City of Royse City, Texas |
| 75 | 3:23-cv-01525-X | Biovant LLC v. BTI AG LLC et al |
| 76 | 3:23-cv-01548-S | Cobbs v. Baylor Scott & White |
| 77 | 3:23-cv-01557-D | Clark v. Wyndham Worldwide, Inc |
| 78 | 3:23-cv-01561-K | Erwin et al v. Metalcraft of Mayville Inc |
| 79 | 3:23-cv-01565-S-BN | Fields v. Kelley |
| 80 | 3:23-cv-01617-X | Holmes v. Equifax Information Services LLC et al |
| 81 | 3:23-cv-01621-S | Niter et al v. Brown et al |
| 82 | 3:23-cv-01669-B | Strike 3 Holdings LLC v. Doe |
| 83 | 3:23-cv-01674-B | Brookfield Property Retail Holdings LLC et al v. Dillard Texas Central LLC |
| 84 | 3:23-cv-01675-L | Van-Zandt Reiss et al v. The Bank of New York Mellon |
| 85 | 3:23-cv-01679-E | Harris v. HireRight LLC |
| 86 | 3:23-cv-01775-X | Palmer v. Wal-Mart Stores Inc |
| 87 | 3:23-cv-01791-L | SPBL-1119 LLC v. Arciterra Strategic Retail Advisor LLC et al |
| 88 | 3:23-cv-01793-L | LSM Blue Sky LLC v. AT Olathe Outlot 5 LLC et al |
| 89 | 3:23-cv-01802-E | Megehee v. Pallida LLC |
| 90 | 3:23-cv-01805-E | McConnell v. Applied Digital Corporation et al |
| 91 | 3:23-cv-01832-B | Doe v. Dallas Area Rapid Transit et al |
| 92 | 3:23-cv-01870-K | GS Holistic LLC v. GNS Sons Inc |
| 93 | 3:23-cv-01889-S | Velis v. Bangert et al |
| 94 | 3:23-cv-01910-E | Hagans v. Child Care Group |
| 95 | 3:23-cv-01912-S | Lessig v. Fiesta Mart LLC |
| 96 | 3:23-cv-01937-N | Kustom Signals Inc v. Applied Concepts Inc |
| 97 | 3:23-cv-01972-L | Owens v. Dallas Country Club |
| 98 | 3:23-cv-01973-K-BN | Bohemond v. City of Dallas TX |
| 99 | 3:23-cv-01998-B | Harland v. Workforce outsource Services Inc |

Exhibit A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 100 | 3:23-cv-02009-G-BN | Hunsinger v. Atmos Energy Corporation |
| 101 | 3:23-cv-02010-B | Johnson et al v. Crosby Elementary School et al |
| 102 | 3:23-cv-02011-B | Sample v. SLI Enterprises Inc et al |
| 103 | 3:23-cv-02023-D | Promed LLC v. Quintairos Prieto Wood & Boyer PA |
| 104 | 3:23-cv-02050-X | Taste of Chengdu LLC v. Feng |
| 105 | 3:23-cv-02070-G | Summers v. Longbrake et al |
| 106 | 3:23-cv-02071-E | Hunter Mountain Investment Trust et al v. Highland Capital Management LP et al |
| 107 | 3:23-cv-02097-X | Holcomb v. Monitronics International |
| 108 | 3:23-cv-02110-B | Consumer Data Partners, LP et al v. Agentra LLC et al |
| 109 | 3:23-cv-02126-S | Mosure et al. v. Southwest Airlines, Co. |
| 110 | 3:23-cv-02143-N | Dillard v. Gaines Investment Trust et al |
| 111 | 3:23-cv-02148-K-BN | Booth v. US Bank Trust NA |
| 112 | 3:23-cv-02155-L | CiCi Enterprises LP v. HSB Specialty Insurance Company |
| 113 | 3:23-cv-02158-D | Wilson v. Korth Direct Mortgage et al |
| 114 | 3:23-cv-02203-E | Warehouse Solutions Inc v. Plus Veterans, LLC |
| 115 | 3:23-cv-02214-S | Big Games Management LLC v. Bespoke Plush LLC et al |
| 116 | 3:23-cv-02232-B | Campbell v. Methodist Hospitals of Dallas et al |
| 117 | 3:23-cv-02238-E | Cameron v. QT South LLC et al |
| 118 | 3:23-cv-02243-E | Paez v. Childrens Health System of Texas |
| 119 | 3:23-cv-02284-G | Stanley v. Wal-Mart Stores Texas LLC |
| 120 | 3:23-cv-02286-X | Brandon Wade Photography LLC v. Killian Design LLC |
| 121 | 3:23-cv-02292-L | Lloyd v. Athena Condominiums Co-Owners Association |
| 122 | 3:23-cv-02294-B-BN | Andrews v. York et al |
| 123 | 3:23-cv-02307-G | Lee v. Equifax Information Services LLC et al |
| 124 | 3:23-cv-02367-K | City of Dallas v. Triple D Gear, LLC |
| 125 | 3:23-cv-02387-L | Nasrallah v. Scottsdale Insurance Company |

Exhibit A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 126 | 3:23-cv-02404-L | Lilium GVP LLC v. Transportation Insurance Company et al |
| 127 | 3:23-cv-02421-X | Principal Life Insurance Company v. Roque et al |
| 128 | 3:23-cv-02457-B-BN | Young v. United Parcel Service Inc (Ohio) |
| 129 | 3:23-cv-02494-S | Hossain v. The Boeing Company |
| 130 | 3:23-cv-02504-K | DAV Sub Inc v. QliqSOFT Inc |
| 131 | 3:23-cv-02531-E | Dawson v. Union Pacific Railroad |
| 132 | 3:23-cv-02532-E-BN | Randle v. Brown et al |
| 133 | 3:23-cv-02539-X | Bowers v. Uplift Education |
| 134 | 3:23-cv-02547-E | Session v. Sanofi US Services Inc. et al |
| 135 | 3:23-cv-02594-E | Verna IP Holdings LLC v. Dais Inc |
| 136 | 3:23-cv-02624-N | Doe v. International Association of Eating Disorder Professionals Foundation Inc et al |
| 137 | 3:23-cv-02633-S | Motton v. Wal-Mart Stores Texas, LLC |
| 138 | 3:23-cv-02670-E | Samadian v. Allstate Vehicle and Property Insurance Company |
| 139 | 3:23-cv-02671-X | APOD Group LLC v. Glen Lakes Homeowners Association Inc et al |
| 140 | 3:23-cv-02673-G | Elliott v. Gonzalez et al |
| 141 | 3:23-cv-02708-B | Dishmon v. Newkirk Logistics Inc |
| 142 | 3:23-cv-02725-D | Pradia v. The City of Rhome et al |
| 143 | 3:23-cv-02737-N | Rollins-Booker v. Senture LLC |
| 144 | 3:23-cv-02770-S | Camacho v. Sajeda Inc et al |
| 145 | 3:23-cv-02795-L | Coil v. Experian Information Solutions Inc et al |
| 146 | 3:23-cv-02807-K | Wells Fargo Bank NA v. Williams et al |
| 147 | 3:23-cv-02827-G-BN | Moka v. Huntex Properties LLC et al |
| 148 | 3:23-cv-02830-X | Mesa Digital LLC v. One Plus USA Corp |
| 149 | 3:23-cv-02834-E | Canada, Jr. et al v. Sherman |
| 150 | 3:23-cv-02839-E | Accurate Metal Stamping LLC v. Chubb Indemnity Insurance Company et al |

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 151 | 3:24-cv-00002-L | McLaughlin et al v. Family Assets Management LLC |
| 152 | 3:24-cv-00004-N | Hill v. Garcia et al |
| 153 | 3:24-cv-00031-L | Great American Insurance v. Truckmax Inc |
| 154 | 3:24-cv-00098-L | Leon Capital Group LLC et al v. Princeton Excess & Surplus Lines Insurance Company et al |
| 155 | 3:24-cv-00122-B | Slate/Select Inc v. Martin Marietta Materials Inc et al |
| 156 | 3:24-cv-00191-E | Crum & Forster Insurance Company v. Shreno Limited |
| 157 | 3:24-cv-00255-E | Blacknall v. Allata LLC et al |
| 158 | 3:24-cv-00285-G-BN | Davis et al v. Wells Fargo Bank NA et al |
| 159 | 3:24-cv-00331-S | Tafolla v. Wacker et al |
| 160 | 3:24-cv-00341-S | Forsythe et al v. Equifax Information Services LLC et al |
| 161 | 3:24-cv-00347-K | Homesteaders Life Company v. Williams |
| 162 | 3:24-cv-00361-E | Kendrick v. QuickTrip Corporation |
| 163 | 3:24-cv-00382-B | US Bank National Association v. Malloy |
| 164 | 3:24-cv-00388-E | Eliozndo v. Randalls Food and Drug LP |
| 165 | 3:24-cv-00417-X | Strike 3 Holdings, LLC v. Doe |
| 166 | 3:24-cv-00434-L | G&G Closed Circuit Events LLC v. Aguilar |
| 167 | 3:24-cv-00498-K | Highland Employee Retention Assets LLC v. Dondero et al |
| 168 | 3:24-cv-00528-B | Texas State Board of Dental Examiners v. Doe |
| 169 | 3:24-cv-00544-D-BN | Rector v. Director, TDCJ-CID |
| 170 | 3:24-cv-00568-N | Strong v. Bank of America Corporation et al |
| 171 | 3:24-cv-00569-S | Haag Engineering Co v. Ellis et al |
| 172 | 3:24-cv-00647-L | Languasco et al v. Blair Logistics LLC |
| 173 | 3:24-cv-00658-S | Gardner v. The Lincoln National Life Insurance Company |
| 174 | 3:24-cv-00691-D | Miller v. Wal-Mart Stores East LP |
| 175 | 3:24-cv-00702-L | Birrueta v. State Farm Lloyds |

Exhibit A

| # | Case No. | Case Name |
|---|---|---|
|  | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | |
| 176 | 3:24-cv-00728-X-BN | Said v. EAN Holdings LLC et al |
| 177 | 3:24-cv-00791-E | Wilson v. British Airways PLC |
| 178 | 3:24-cv-00796-L | Sanchez v. Caliber Holdings LLC |
| 179 | 3:24-cv-00798-E | King v. Wal-Mart Stores Texas, LLC |
| 180 | 3:24-cv-00809-S | Kenney et al v. Dallas County Texas |
| 181 | 3:24-cv-00817-B | Children's Health System of Texas v. UnitedHealthcare Insurance Company |
| 182 | 3:24-cv-00892-B | Toombs et al v. Kaufman County, Texas et al |
| 183 | 3:24-cv-00905-E-BN | Ross v. Texas Instruments |
| 184 | 3:24-cv-00909-K-BN | Bryant v. EverBank NA |
| 185 | 3:24-cv-00971-X | Morgan v. Fundamental Clinical And Operational Services LLC |
| 186 | 3:24-cv-01020-X | The Shore Firm LLP v. Videoshare LLC |
| 187 | 3:24-cv-01051-S | Gilliard v. Southwest Airlines Federal Credit Union |
| 188 | 3:24-cv-01075-N | Ayangbile et al v. Children's Health Services of Texas |
| 189 | 3:24-cv-01129-X | Ray v. Experian Information Solutions Inc et al |
| 190 | 3:24-cv-01175-S-BN | Romero et al v. US Bank National Association |
| 191 | 3:24-cv-01198-L | Nautilus Hyosung America Inc v. BMO Bank NA et al |
| 192 | 3:24-cv-01209-D | American Alliance for Equal Rights v. Southwest Airlines Co |
| 193 | 3:24-cv-01233-S | Smith v. Montez et al |
| 194 | 3:24-cv-01262-D | Brandon Wade Photography, LLC v. OTC Bar LLC |
| 195 | 3:24-cv-01288-D-BN | Williams v. Richardson Independent School District |
| 196 | 3:24-cv-01319-G | Daniels-Mock v. Taxir Logistics Inc et al |
| 197 | 3:24-cv-01326-K-BN | Wickman v. Navarro County Jail |
| 198 | 3:24-cv-01339-B | Travers v. Allstate Vehicle and Property Insurance Company |
| 199 | 3:24-cv-01358-E | Joe Hand Promotions Inc v. Carbajal et al |
| 200 | 3:24-cv-01370-D-BN | Council v. Draftkings et al |
| 201 | 3:24-cv-01397-K | PacSec3 LLC v. RSA Federal LLC |
| 202 | 3:24-cv-01413-X | Guillen et al v. U-Haul Company of Texas et al |

Exhibit A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 203 | 3:24-cv-01418-L | Wilson v. Frontier Communications Parent, Inc. |
| 204 | 3:24-cv-01447-E | Akhmedov v. TA Operating LLC |
| 205 | 3:24-cv-01461-K | Moreno et al v. Alan Halperin, In his capacity as Trustee of the GFES Liquidation Trust |
| 206 | 3:24-cv-01479-S | NexPoint Real Estate Partners LLC et al v. Highland Capital Management LP |
| 207 | 3:24-cv-01483-G | Amazon.com Inc et al v. Baik et al |
| 208 | 3:24-cv-01519-B-BN | Robinson-Durham v. Navarro County Jail |
| 209 | 3:24-cv-01531-X | Dugaboy Investment Trust et al v. Highland Capital Management LP et al |
| 210 | 3:24-cv-01541-B | Sanchez et al v. Schneider National Carriers Inc et al |
| 211 | 3:24-cv-01554-D | Hernandez v. Bishop Cider Company LLC et al |
| 212 | 3:24-cv-01563-D | WLands Limited Partnership LP et al v. Founders Plaza Nursing & Rehabilitation Partners LLC et al |
| 213 | 3:24-cv-01603-X | Strike 3 Holdings LLC v. Doe |
| 214 | 3:24-cv-01610-E | Strike 3 Holdings LLC v. Doe |
| 215 | 3:24-cv-01641-D | Elizondo v. Equifax Information Services LLC et al |
| 216 | 3:24-cv-01642-X | Aurzada et al v. JPMorgan Chase Bank NA et al |
| 217 | 3:24-cv-01646-G-BN | Sharman v. H&R Block et al |
| 218 | 3:24-cv-01647-N | Rodriguez v. Home Depot USA Inc |
| 219 | 3:24-cv-01684-L | Criss v. Grocery Delivery E-Services USA Inc |
| 220 | 3:24-cv-01685-G | Harris v. Equifax Information Services LLC et al |
| 221 | 3:24-cv-01692-N | Ricker v. Equifax Information Services LLC et al |
| 222 | 3:24-cv-01711-D | Mitchel v. Pitre et al |
| 223 | 3:24-cv-01717-K | Ayala v. Chedraui USA Inc |
| 224 | 3:24-cv-01716-L | Hutchinson v. Sunrun Inc |
| 225 | 3:24-cv-01720-K | Miller v. Xpress Global Systems LLC |
| 226 | 3:24-cv-01743-L | Collier v. Carter |
| 227 | 3:24-cv-01768-S | Bosman v. Amazon.com Inc et al |
| 228 | 3:24-cv-01786-L | Hunter Mountain Investment Trust et al v. Highland Capital Management LP et al |
| 229 | 3:24-cv-01787-L | Hunter Mountain Investment Trust et al v. Highland Capital Management LP et al |
| 230 | 3:24-cv-01796-B | Larsen v. Apt All Points Transportation LLC et al |
| 231 | 3:24-cv-01811-D | McAfee v. Lear Corporation |
| 232 | 3:24-cv-01821-K | Ryan LLC v. Radin |
| 233 | 3:24-cv-01839-E | Forsley v. Jordan et al |
| 234 | 3:24-cv-01873-X | Strike 3 Holdings LLC v. Doe |
| 235 | 3:24-cv-01882-X | Strike 3 Holdings LLC v. Doe |
| 236 | 3:24-cv-01908-D | Hibdon v. Atrium Hospitality LP |
| 237 | 3:24-cv-01912-L | Hunter Mountain Investment Trust v. Highland Capital Management LP et al |

Exhibit A

| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID L. HORAN TO JUDGE MCKAY | | |
|---|---|---|
| # | Case No. | Case Name |
| 238 | 3:24-cv-01949-X | Alentisar Trading Company v. Eyondi et al |
| 239 | 3:24-cv-01967-S-BN | Williams v. Richardson ISD |

Exhibit A

| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE REBECCA RUTHERFORD TO JUDGE MCKAY |
|---|---|
| 1 | 3:22-cv-02887-L-BT Murphy v. Director |
| 2 | 3:23-cv-00316-B-BT Marcus v. Director |
| 3 | 3:23-cv-00978-D-BT Walton v. USA |
| 4 | 3:23-cv-02449-D-BT Manzo v. Federal Bureau of Prisons |
| 5 | 3:23-cv-2677-S-BT Jackson v. Small Business Administration et al |
| 6 | 3:24-cv-00175-S-BT Gonzales v. Collier |
| 7 | 3:24-cv-00661-B-BT Hammons v. Tradeline Motorcars et al |
| 8 | 3:24-cv-00637-S-BT Humes v. McDonald's Walmart #5416-915 |
| 9 | 3:24-cv-01708-X-BT Traeger v. Jones et al |
| 10 | 3:23-cv-00315-X-BT Duhon v. Metropolitan Tower Life Insurance Company et al |
| 11 | 3:23-cv-02194-B-BT Walters v. Garland |
| 12 | 3:23-cv-02157-L-BT United States of America v. Morgan et al |
| 13 | 3:24-cv-00277-L National Association of Blind Merchants et al v. The Army & Air Force Exchange Service et al |
| 14 | 3:24-cv-00273-N-BT    De Pute v. United States of America et al |
| 15 | 3:24-cv-00703-B-BT Freeman v. USA et al |
| 16 | 3:23-cv-01994-S-BT    Davis v. City of Mclendon Chisholm et al |
| 17 | 3:24-cv-00731-L Crenshaw v. Anderson et al |
| 18 | 3:24-mc-00034-B-BT Calhoun v. United States |
| 19 | 3:23-cv-02682-S-BT Phoenix Bulk Carriers LLC v. CAL-IXA Aggregates LLC |
| 20 | 3:24-cv-01590-N-BT Jackson v. United States Postal Service et al |
| 21 | 3:24-cv-01759-B-BT Woods v. Delta Air Lines Inc |
| 22 | 2:23-cv-00171-BT    Row v. Commissioner |
| 23 | 1:24-cv-00083-BT Gonzales v. Commissioner |
| 24 | 5:23-cv-00293-BT    Mims v. Commissioner |
| 25 | 3:14-cv-02970-X Clapper et al v. American Realty Investors Inc et al |
| 26 | 3:20-cv-01276-N Kunze et al v. Baylor Scott & White Health et al |
| 27 | 3:20-cv-01364-E Malbrew et al v. A+ Charter Schools |
| 28 | 3:21-cv-02131-K Bernstein v. Maximus Federal Services Inc |
| 29 | 3:22-cv-00876-N Grimmett et al v. Coleman et al |
| 30 | 3:22-cv-02116-X Black v. UNUM Life Insurance Company of America |
| 31 | 3:22-cv-02182-M Rangel de Oliveira v. Bierman |
| 32 | 3:22-cv-02184-B Mid-Continent Casualty Company v. Vibrant Builders et al |
| 33 | 3:23-cv-00271-K Green v. USA |
| 34 | 3:23-cv-01340-L Perez v. Experian Information Solutions Inc |
| 35 | 3:23-cv-01412-N Aravamuthan v. US Citizenship & Immigration Service et al |
| 36 | 3:23-cv-01416-B Landmark American Insurance Company v. Richland Trace Owners Association Inc |
| 37 | 3:23-cv-01441-N Thompson v. McGehee et al |
| 38 | 3:23-cv-01490-S Norwood v. Dallas County Hospital District |
| 39 | 3:23-cv-01494-N Mathew v. Santander Consumer USA Inc |
| 40 | 3:23-cv-02051-N Shrestha et al v. USCIS et al |
| 41 | 3:23-cv-02089-E Nationstar Mortgage LLC v. ACI Payments Inc et al |
| 42 | 3:22-cv-01529-N Oliver v. Wal-Mart Stores Texas LLC et al |

Exhibit A

| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE REBECCA RUTHERFORD TO JUDGE MCKAY |
|---|---|
| 43 | 3:23-cv-00045-E Mauricio et al v. US Postal Service |
| 44 | 3:23-cv-01168-N-BT United States of America v. $39,900 in US Currency |
| 45 | 3:23-cv-02146-D Securities and Exchange Commission v. Verges et al |
| 46 | 3:23-cv-02222-K Heard et al v. State Farm Lloyds |
| 47 | 3:23-cv-02591-D Oldham v. State Farm Lloyds |
| 48 | 3:23-cv-02621-B Sealed v. Sealed |
| 49 | 3:23-cv-02701-E Pertrorock Mineral Holdings, LLC et al v. Minerva Resources, LLC et al |
| 50 | 3:23-cv-02271-S Hayes v. City of Dallas et al |
| 51 | 3:23-cv-02338-K Smith v. USA |
| 52 | 3:23-cv-02462-D Botone et al v. Unitrin Safeguard Insurance Company |
| 53 | 3:24-cv-00014-D Hardrick v. Wells Fargo Bank National Association et al |
| 54 | 3:24-cv-00201-K Ware et al v. Meridian Security Insurance Company |
| 55 | 3:24-cv-00204-X United States of America v. $45,000.00 in US Currency |
| 56 | 3:24-cv-00220-B Bayazeed v. Robinson et al |
| 57 | 3:24-cv-00664-X VDPP, LLC v. Mercedes-Benz USA, LLC |
| 58 | 3:24-cv-00700-X-BT Garrison v. John Doe et al |
| 59 | 3:24-cv-00943-E M&H Metal Specialties Inc v. Sheet Metal Workers Nat'l Pension Fd |
| 60 | 3:24-cv-00944-S USA v. Various Amounts of Funds Seized |
| 61 | 3:24-cv-01169-B Nieto v. USA |
| 62 | 3:24-cv-01484-S Antunez-Martinez v. Mayorkas |
| 63 | 3:24-cv-01525-K Gonzales Miranda et al v. Jaddou |
| 64 | 3:24-cv-01674-E-BT Turner v. Equal Employment Opportunity Comm et al |
| 65 | 3:24-cv-01676-S Bibars v. Jaddou et al |
| 66 | 3:24-cv-01795-S Valtrus Innovations Ltd et al v. Google LLC |
| 67 | 3:24-cv-01902-K-BT Allen-Straight v. Director-TDCJ |
| 68 | 3:24-cv-02028-X-BT Lockwood v. Chilcoat et al |
| 69 | 3:24-cv-02114-K-BT Santana v. Cantu et al |
| 70 | 3:24-cv-02127-X-BT Stancu v. Equal Employment Opportunity Commission |
| 71 | 3:24-cv-02132-S-BT Damm v. Dallas County Jail |
| 72 | 3:24-cv-02143-B-BT Jalloul v. USA |
| 73 | 3:24-cv-02144-S-BT Jeffery v. NLN |
| 74 | 4:24-cv-00678-BT Bolden v. Commissioner |